```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAVAUGHN SEIGNIOUS,

                       Plaintiff,

       - against -

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security*

                      Defendant.
-------------------------------------------------------------X

23-CV-2183 (RWL)

**ORDER OF DISMISSAL**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    In light of the Dkts. 15, 16, and 22 in which the parties stipulate to reversal and remand to the Commissioner of Social Security and to attorney's fees, the Court respectfully requests the Clerk of Court to terminate the motion at Dkt. 18 and close this case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 13, 2023
       New York, New York

Copies transmitted to all counsel of record.